ESTATE of Clinton H. MARTIN, Deceased, Marjorie L. Goldman, Temporary Administratrix, and Estate of Marion E. Martin, Deceased, Marjorie L. Goldman, Executrix, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 127, Docket 25806.

United States Court of Appeals
Second Circuit.

Argued Nov. 20, 1959.

Decided Dec. 9, 1959.

Harry G. Goldman, New York City, for petitioners.

Kenneth E. Levin, Attorney, Department of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson and I. Henry Kutz, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before MEDINA, MOORE and FRIENDLY, Circuit Judges.

PER CURIAM.

The decision is affirmed on the opinion of Judge Kern, T. C. Memo. 1959–20.

UNITED STATES of America ex rel. William C. MacLAREN, Petitioner-Appellant,

v.

Wilfred L. DENNO, Warden, Sing Sing Prison, and The People of the State of New York, Respondents-Appellees.

No. 145, Docket 25788.

United States Court of Appeals
Second Circuit.

Argued Nov. 16, 1959.

Decided Dec. 9, 1959.

John J. Seffern, New York City, for petitioner-appellant.

George K. Bernstein, Asst. Atty. Gen. of the State of New York, New York, N. Y. (Louis J. Lefkowitz, Atty. Gen. of the State of New York, Paxton Blair, Sol. Gen., Albany, N. Y., and Irving Galt, Asst. Sol. Gen., New York City, on the brief), for respondents-appellees.

Before MEDINA, MOORE and FRIENDLY, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion of Judge Bryan, D.C., 173 F.Supp. 237.